No. 11–10473.  BOOK v. CONNECTICUT RESOURCES RECOVERY AUTHORITY ET AL.  C. A. 2d Cir.  Motion of petitioner for leave

to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.